# EXHIBIT A

# ABSTRACT OF JUDGMENT — COMMITMENT

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** _MONTEREY_

**BRANCH** _____

| COURT I.D. |
|---|
| 27 |

290

**PEOPLE OF THE STATE OF CALIFORNIA**   versus   [X] PRESENT

**DEFENDANT:** FRANK ANTHONY McCORMICK

**AKA:**   [ ] NOT PRESENT

**COMMITMENT TO STATE PRISON**
**ABSTRACT OF JUDGMENT**   [ ] AMENDED ABSTRACT

| CASE NUMBER(S) | |
|---|---|
| MCR 4898 | - A |
| | - B |
| | - C |
| | - D |
| | - E |

| DATE OF HEARING (MO)(DAY)(YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 12 14 83 | 1 | Nat A. Agliano | LaVonne Poncetta |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| John Orfanides | Robert Hatton | John Howell | David Reynolds |

**1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONIES:**

A. [ ] ADDITIONAL COUNTS ARE LISTED ON ATTACHMENT _____

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | MO | DAY | YEAR | JURY TRIAL | COURT TRIAL | PLEA | TERM (L,M,U) | CONCURRENT | CONSECUTIVE 1/3 VIOLENT | CONSECUTIVE 1/3 NON-VIOL. | CONSECUTIVE FULL TERM | INCOMPLETE SENTENCE(S) CS-REFER #3 | 654 STAY | PRINCIPAL OR CONSECUTIVE TIME IMPOSED YEARS | MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 187** | Murder-2nd Degree | 83 | 11 | 10 | 83 | X | | | | | | | | | | Term Prescribed By Law | |
| 2 | PC | 245(a) | Assault w/a Deadly Weapon | 83 | 11 | 10 | 83 | X | | M | X | | | | | | | (3 | 0) |

**2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):**

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | | | | |
| 2 | | | | | X   X | | | | | | 2  0 |
| | | | | | X   X  Concurrent | | | | | | (2  0) |

**3. INCOMPLETED SENTENCE(S) CONSECUTIVE:**

| COUNTY | CASE NUMBER | CREDIT FOR TIME SERVED |
|---|---|---|
| | | |

**5. A. NUMBER OF PRIOR PRISON TERMS:**

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

**B. NUMBER OF PRIOR FELONY CONVICTIONS:**

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

**4. OTHER ORDERS:**

**6. TOTAL TIME IMPOSED ON ALL ATTACHMENT PAGES (FORM DSL 290-A):**

**7. TIME STAYED § 1170.1(a) [5-YEAR LIMIT] AND/OR § 1170.1(f) [DOUBLE BASE LIMIT]:**

**8. TOTAL TERM IMPOSED:**   2  0

**9. EXECUTION OF SENTENCE IMPOSED:**

plus Term Prescribed by Law

A. [X] AT INITIAL SENTENCING HEARING   B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL   C. [ ] AFTER REVOCATION OF PROBATION   D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC§1170(d)]

| 10. DATE SENTENCE PRONOUNCED: MO DAY YEAR | CREDIT FOR TIME SPENT IN CUSTODY: | TOTAL DAYS | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS |
|---|---|---|---|---|---|
| 12 14 83 | 200 | INCLUDING: | 133 | 67 | [ ] DMH   [ ] CDC |

**11. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:**

[X] FORTHWITH

[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS

INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:

[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[ ] OTHER (SPECIFY): _____

[XX] CALIF. MEDICAL FACILITY — VACAVILLE

[ ] CALIF. INSTITUTION FOR MEN — CHINO

**CLERK OF SUPERIOR COURT**

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE _La Vonne Poncetta_   DATE _Dec 14, 1983_

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California Effective July 1, 1981

## ABSTRACT OF JUDGMENT — COMMITMENT

FORM DSL 290

Pen.C. 1213.5.

DISTRIBUTION: RC (P)M   PINK COPY — COURT FILE,   YELLOW COPY — DEPARTMENT OF CORRECTIONS,   WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS.

## ABSTRACT OF JUDGMENT — COMMITMENT
### SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)

FORM DSL 290.1

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ___ MONTEREY

COURT I.D. 2 7    BRANCH ___ --

PEOPLE OF THE STATE OF CALIFORNIA    versus

DEFENDANT: FRANK ANTHONY McCORMICK    [XX] PRESENT  [ ] NOT PRESENT

AKA:

COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT    [XX] AMENDED ABSTRACT

CASE NUMBER: MCR 4898

| DATE OF HEARING (MO)(DAY)(YR) | DEPT. NO. | JUDGE | CLERK |
|---|---|---|---|
| 12 14 83 | 1 | Nat A. Agliano | LaVonne Poncetta |

| REPORTER | COUNSEL FOR PEOPLE | COUNSEL FOR DEFENDANT | PROBATION NO. OR PROBATION OFFICER |
|---|---|---|---|
| John Orfanides | Robert Hatton | John Howell | David Reynolds |

1. DEFENDANT WAS CONVICTED OF THE COMMISSION OF THE FOLLOWING FELONY:

| COUNT | CODE | SECTION NUMBER | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION MO / DAY / YEAR | CONVICTION BY JURY TRIAL / COURT TRIAL / PLEA | TERM (L,M,U) | TIME IMPOSED YEARS / MONTHS |
|---|---|---|---|---|---|---|---|---|
| 2 | PC | 245(a) | Assault w/a Deadly Weapon | 83 | 11 10 83 | x (court trial) | M | 3 0 |

2. ENHANCEMENTS (CHARGED AND FOUND, STRICKEN, TIME IMPOSED):

| COUNT | 12022(a) C/F S I | 12022(b) C/F S I | 12022.3(a) C/F S I | 12022.3(b) C/F S I | 12022.5 C/F S I | 12022.6(a) C/F S I | 12022.6(b) C/F S I | 12022.7 C/F S I | 12022.8 C/F S I | | YEARS MONTHS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | X X | | | | | | 2 0 |

3. OTHER ORDERS:

4. A. NUMBER OF PRIOR PRISON TERMS:

| § | C/F | S | I |
|---|---|---|---|
| 667.5(a) | | | |
| 667.5(b) | | | |
| 667.6(b) | | | |

B. NUMBER OF PRIOR FELONY CONVICTIONS:

| § | C/F | S | I |
|---|---|---|---|
| 667.6(a) | | | |

5. TIME STAYED §1170.1(f) [DOUBLE BASE LIMIT]:

6. TOTAL TERM IMPOSED: ➤ 5 0

7. [X] THIS SENTENCE IS TO RUN CONCURRENT WITH ANY PRIOR UNCOMPLETED SENTENCE(S). Count I, vio of P.C. Sec. 187, Murder-2nd DEgree. Deft sentenced to term prescribed by law

DOCUMENTS FILMED

8. EXECUTION OF SENTENCE IMPOSED:
A. [X] AT INITIAL SENTENCING HEARING
B. [ ] AT RESENTENCING PURSUANT TO DECISION ON APPEAL
C. [ ] AFTER REVOCATION OF PROBATION
D. [ ] AT RESENTENCING PURSUANT TO RECALL OF COMMITMENT [PC §1170(d)]

9. DATE SENTENCE PRONOUNCED: MO DAY YEAR | CREDIT FOR TIME SPENT IN CUSTODY: | TOTAL DAYS | INCLUDING: | ACTUAL LOCAL TIME | LOCAL CONDUCT CREDITS | STATE INSTITUTIONS [ ] DMH  [ ] CDC

10. DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF, TO BE DELIVERED:
[X] FORTHWITH
[ ] AFTER 48 HOURS, EXCLUDING SATURDAYS, SUNDAYS AND HOLIDAYS
INTO THE CUSTODY OF THE DIRECTOR OF CORRECTIONS AT THE RECEPTION-GUIDANCE CENTER LOCATED AT:
[ ] CALIF. INSTITUTION FOR WOMEN — FRONTERA
[X] CALIF. MEDICAL FACILITY — VACAVILLE
[ ] CALIF. INSTITUTION FOR MEN — CHINO
[ ] OTHER (SPECIFY): ___

CLERK OF SUPERIOR COURT

I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

DEPUTY'S SIGNATURE: _LaVonne Poncetta_    DATE: April 24, 1984

This form is prescribed pursuant to Penal Code §1213.5 to satisfy the requirements of Penal Code §1213 (Abstract of Judgment and Commitment) for determinate sentences under Penal Code §1170. A copy of probation report shall accompany the Department of Corrections' copy of this form pursuant to Penal Code §1203c. A copy of the sentencing proceedings and any supplementary probation report shall be transmitted to the Department of Corrections pursuant to Penal Code §1203.01. Attachments may be used but must be incorporated by reference.

Form Adopted by the Judicial Council of California Effective July 1, 1981

## ABSTRACT OF JUDGMENT — COMMITMENT
### SINGLE OR CONCURRENT COUNT FORM
(Not to be used for Multiple Count Convictions nor Consecutive Sentences)
FORM DSL 290.1

Pen. C. 1213.5.
CRC

DISTRIBUTION:    PINK COPY — COURT FILE,    YELLOW COPY — DEPARTMENT OF CORRECTIONS,    WHITE COPY — ADMINISTRATIVE OFFICE OF THE COURTS.

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF MONTEREY**
**ABSTRACT OF JUDGMENT**
(Commitment to State Prison)

Present: Hon. NAT A. AGLIANO
JUDGE OF THE SUPERIOR COURT

The People of the State of California, PLAINTIFF,

vs

FRANK ANTHONY McCORMICK, DEFENDANT.

Robert Hatton, Deputy
DISTRICT ATTORNEY

John Howell
COUNSEL FOR DEFENDANT

This certifies that on Nov. 10, 1983 judgment of conviction of defendant was entered as follows:

(1) Case No. MCR 4898 Count No. I On his plea of not guilty of Ct. I, vio. of P.C. Sec. 187, Murder i

he was convicted by Jury trial the 2nd Degree, a felony;

with prior felony convictions as follows:

| Date | County and State | Crime | Disposition |
|---|---|---|---|
| -- | | | |

Defendant has been held in custody for 200 days as a result of the same criminal act or acts for whi
he has been convicted. (133 actual days plus 67 GT/WT credits)

Defendant was not armed with a deadly weapon at the time of his commission of the offer within the meaning of Penal Code Sections 969c, 3024.

Defendant was not armed with a deadly weapon at the time of his arrest within the meaning of Pe
Or a concealed deadly weapon at the time of his commission of the offe

Defendant did use a firearm in his commission of the offense within the meaning of Subdivision a C
Within the meaning of Penal Code Sections 969c, 12022.

Code Sections XX, 12022.5.

(2) Defendant is not adjudged an habitual criminal within the meaning of Subdivision of Section 644 of the Penal Code, and the Defendant is not an habitual criminal in accordance w provisions of Subdivision (c) of that section.

(3) IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the defendant be punished by imprisonment in s prison of the state of California for the term provided by law and that he be remanded to the Sheriff of t County of Monterey, and by him delivered to the Director of Corrections of the State of California at
California Medical Facility, Vacaville, CA

It is ordered that sentences shall be served in respect to one another as follows: Ct. II, vio of 2
XXXXXXX Deft sentenced to 3 yrs to run w/Ct. I

(4) To the Sheriff of the County of Monterey and to said Director of Corrections:
Pursuant to the aforesaid judgment, this is to command you, the said Sheriff, to deliver the above
defendant into custody of Director of Corrections at the Facility above named, at your earliest convenie

Witness my hand and seal of said court
on Dec. 14, 1983.

ERNEST A. MAGGINI, Clerk
By LaVonne Poncetta Deputy

I do hereby certify the foregoing to be a true and correct abstract of the judgment duly made and
on the minutes of the Superior Court in the above entitled action as provided by Penal Code Section 121

Attest my hand and seal of the said Superior Court on December 14, 1983

ERNEST A. MAGGINI, County Clerk and Clerk of the Superior Court of California for the County of M
By LaVonne Poncetta Deputy

NAT A. AGLIANO
Judge of the Superior Court of the State of
California for the County of Monterey

CLERK 155 (10/75)